**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| FIDC, LLC, | ) |
| | ) |
|       Plaintiff, | ) |
|   v. | )     No. 4:25-cv-00554-SEP |
| | ) |
| SECURA INSURANCE COMPANY, | ) |
| | ) |
|       Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court is the parties' Joint Motion to Consolidate.   Doc. [19].   For the reasons set forth below, the Court grants the motion.

The parties jointly move for consolidation of this case with a higher-numbered case currently pending before the Honorable Judge Zachary M. Bluestone.   Doc. [19] (citing *FIDC, LLC v. Secura Insurance Company*, No. 4:26-cv-00146-ZMB).   A court may consolidate multiple cases when the cases share a "common question of law or fact."   FED. R. CIV. P. 42(a). When evaluating a motion to consolidate, courts look to several factors, including:

> whether the specific risks of prejudice and possible confusion [are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives.

*O'Donnell v. Charter Commc'ns, Inc.*, 2025 U.S. Dist. Lexis 229413, at *2-3 (E.D. Mo. Nov. 21, 2025) (quoting *Select Comfort Corp. v. Baxter*, 2022 WL 17555484, at *3 (D. Minn. Dec. 9, 2022) (alteration in original).   In this Court, the judge presiding over the lowest-numbered case is responsible for ruling on such a request and, if the motion is granted, presiding over the consolidated cases.   *See* E.D. MO. L.R. 4.03.

As the parties agree, consolidation is warranted here.   Both cases involve Secura Insurance Company denying Plaintiff's claims for roof repair due to alleged hail damage.   *See* Doc. [20] at 2-3.   They involve common questions of law and fact; there is a substantial risk of inconsistent adjudications of such common questions; and multiple lawsuits would be a waste of resources.   Thus, pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 4.03, the Court grants the joint motion to consolidate.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Consolidate is **GRANTED**.   The Clerk of Court is directed to consolidate *FIDC, LLC v. Secura Insurance Company*, No. 4:26-cv-00146-ZMB with this case (the "Consolidated Action"), close that case, and to file this Order of Consolidation on both dockets.   All future filings and pleadings must be made in this Consolidated Action.   *See* E.D. Mo. L.R. 4.03.


Dated this 2nd day of March, 2026.

_____

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE